UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

TIMOTHY ROBERT BYRNES,

    Plaintiff,

v.                                                                          Civ. No. 17-416 GJF

NANCY A. BERRYHILL,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order under Federal Rule of Civil Procedure 58, hereby resolving all issues previously existing between the parties.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*