**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

TIMOTHY ROBERT BYRNES,

      Plaintiff,

v.                                             Civ. No. 17-416 GJF

NANCY A. BERRYHILL,
*Acting Commissioner of the*
*Social Security Administration*,

      Defendant.

## ORDER GRANTING ATTORNEY FEES

This matter is before the Court on Plaintiff's "Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act" ("Motion") [ECF No. 25].  Having considered the record, relevant law, and the stipulations of the parties, **IT IS HEREBY ORDERED**:

1.      Defendant will pay Plaintiff a total of $1,587.60 in fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 *et seq.*  This amount is payable to Plaintiff, not directly to her counsel.  *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010).  Plaintiff's payment will be remitted to the office of her attorney, Michael Armstrong.

2.      Defendant's payment of this amount is without prejudice to Plaintiff's counsels' right to seek attorney fees under section 406(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

3.      If Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE